# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES, | : | |
| | : | |
| v. | : | CASE NO.: 7:21-cr-9 (WLS) |
| | : | |
| RICARDO GARCIA., | : | |
| | : | |
| Defendant. | : | |
| | : | |

## ORDER

Before the Court is Assistant United States Attorney (AUSA) Katelyn Semales Request for Leave of Absence – for the time period between September 30, 2021 through February 17, 2022 – in this case for medical reasons, filed on September 30, 2021. (Doc. 36.) In the Request for Leave of Absence, AUSA Katelyn Semales informs the Court, that co-counsel for the Government will enter their appearance in this case if they have not done already. (*Id.*) To date co-counsel for the Government has not entered their appearance in this case.

For the reasons cited in the Request for Leave of Absence, AUSA Katelyn Semales request is **GRANTED**. In order to ensure the efficient administration of justice co-counsel for the Government is hereby **ORDERED** to file their notice of appearance in this case within **seven days of the entry of this order**.

**SO ORDERED**, this __4th__ day of October, 2021.

/s/ W. Louis Sands

**W. LOUIS SANDS, SR. JUDGE**

**UNITED STATES DISTRICT COURT**