IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES, | : |
| | : |
| v. | : CASE NO.: 7:21-cr-9 (WLS) |
| | : |
| RICARDO GARCIA., | : |
| | : |
| Defendant. | : |
| | : |

# ORDER

Before the Court is the Parties' Joint Response (Doc. 40) to this Court's December 6, 2021 Order to Confer. (Doc. 39.) In the December 6, 2021 Order this Court noticed the parties that if this case is not ready to proceed to trial a motion to continue should be filed immediately. (Doc. 39.)

The Parties in their Joint Response inform the Court that they are engaging in plea negotiations and anticipate that a negotiated plea will resolve this case short of trial. (Doc. 40.) The Parties did not specifically request a continuance of this matter.

In order to avoid unnecessary court appearances, the Parties are hereby **ORDERED** to file a motion to continue in this case if a continuance is needed **within five days** from the entry of this Order. Otherwise, a pretrial conference shall be set.

**SO ORDERED**, this  23rd day of December 2021.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**

1