IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| : | |
| v. : | Case No.: 7:21-CR-9 (WLS-TQL-1) |
| : | |
| RICARDO E GARCIA, : | |
| : | |
| Defendant. : | |
| : | |

## ORDER

The Court intends to notice this case for the May 2022 trial term. All Parties' counsel **shall** review the case, confer, and inform the Court no later than **Tuesday, March 22, 2022** whether any matters require a hearing or further briefing or whether the case is ready to proceed to trial. If this case is not ready for trial, a motion to continue the trial should be filed immediately for the Court's timely consideration; otherwise this case will be noticed for a pretrial conference.

**SO ORDERED**, this 14th day of March, 2022.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**