# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES, | : |
| | : |
| v. | : CASE NO.: 7:21-cr-9 (WLS) |
| | : |
| RICARDO E GARCIA, | : |
| | : |
| Defendant. | : |
| | : |

## ORDER

On July 12, 2022, this Court granted Defendant's First Unopposed Motion to Continue Sentencing. (Docs. 50 & 51.) The Court granted that continuance so that Defense Counsel could complete a mitigation investigation on Defendant's behalf. In that Order, Defense Counsel was advised to immediately notice the Court of the expected time needed to complete the mitigation investigation. (Doc. 51.) To date, Defense Counsel has not advised this Court of the expected time needed to complete the mitigation investigation.

Accordingly, Defense Counsel is hereby **ORDERED** to notice the Court, **within seven (7) days of the entry of this Order**, whether the mitigation investigation has been completed.

**SO ORDERED**, this 4th day of October 2022.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**