IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES, | : |
| v. | : CASE NO.: 7:21-cr-9 (WLS) |
| RICARDO E GARCIA, | : |
| Defendant. | : |

## ORDER

On July 12, 2022, this Court granted Defendant's First Unopposed Motion to Continue Sentencing. (Docs. 50 & 51.) The Court granted that continuance so that Defense Counsel could complete a mitigation investigation on Defendant's behalf. In that Order, Defense Counsel was advised to immediately notice the Court of the expected time needed to complete the mitigation investigation. (Doc. 51.) On October 4, 2022, this Court entered an Order directing Defense Counsel to provide a status update. (Doc. 53.) On October 11, 2022, Defense Counsel noticed the Court that the mitigation investigation had been completed and that this matter is ready to proceed to sentencing. (Doc. 54.)

The Court enters this Order to acknowledge receipt of Defendant's status report. A sentencing hearing shall be separately noticed by the Court.

**SO ORDERED**, this 13th day of October 2022.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**

1