**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**VALDOSTA DIVISION**

| | |
|---|---|
| UNITED STATES, | : |
| v. | : CASE NO.: 7:21-cr-9 (WLS) |
| RICARDO E GARCIA, | : |
| Defendant. | : |

**ORDER**

On May 31, 2023, this Court sentenced Defendant, Ricardo E. Garcia, on two Counts of Possession of Child Pornography, in violation of 18 U.S.C. § 2252A(a)(5)(B) & 2252A(b)(2) to sixty (60) months imprisonment, to run concurrently, for a total term of sixty (60) months. During the sentencing hearing the United States Probation Office noticed the Court that there are potentially identifiable victims in the images that Defendant possessed.

Accordingly, pursuant to 18 U.S.C. § 2259 as well as 18 U.S.C. § 3664(d)(5) this Court ordered the United States Probation Office to notice the potentially identifiable victims of their right to present restitution claims to this Court. The potentially identifiable victims are **afforded thirty (30) days from receiving said notice** in which to present their claims. Thereafter, the Court shall set a hearing, if necessary, **by no later than Tuesday, August 29, 2023**, for a final determination of any potentially identifiable victims' losses.

Finally, the Court notified Defendant that if Defendant did not wish to appear in person at the restitution hearing, that Defendant would be required to file the appropriate waivers. Defendant acknowledged his understanding of the Court's notice and instructions in that regard.

The Court enters this Order to memorialize its instructions at the sentencing hearing.

**SO ORDERED**, this 1st day of June 2023.

                               /s/ W. Louis Sands
                               **W. LOUIS SANDS, SR. JUDGE**
                               **UNITED STATES DISTRICT COURT**