# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES, | : |
| v. | : CASE NO.: 7:21-cr-9 (WLS) |
| RICARDO E GARCIA, | : |
| Defendant. | : |

## ORDER

On May 31, 2023, this Court sentenced Defendant, Ricardo E. Garcia, on two Counts of Possession of Child Pornography, in violation of 18 U.S.C. § 2252A(a)(5)(B) & 2252A(b)(2) to sixty (60) months imprisonment, to run concurrently, for a total term of sixty (60) months. At the sentencing hearing, the Court addressed the Defendant's Motion for a Downward Variance (Doc. 60), which was in effect was a policy objection to Defendant's total offense level calculation. The Court overruled Defendant's policy objection (Doc. 60), but ultimately varied downwards pursuant to 18 U.S.C. § 3553 in the exercise of the Court's discretion.

Accordingly, Defendant's Motion for a Downward Variance (Doc. 60) on the grounds asserted was **DENIED** at the sentencing hearing. The Court enters this Order to memorialize its oral rulings at the sentencing hearing and for clarity of the record.

**SO ORDERED**, this 12th day of June 2023.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**

1