# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| v. | : CASE NO.: 7:21-CR-9 (WLS) |
| RICARDO E GARCIA, | : |
| Defendant. | : |

## ORDER

Before the Court is Defendant's Motion Requesting Return of Property (Doc. 79) ("Motion"). The Government is hereby **ORDERED** to file a response to the Motion no later than **Monday, December 29, 2025**.

**SO ORDERED**, this 8th day of December 2025.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**